# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. PEREZ; IRENE E. PEREZ; and QUALITY SWEEPING SERVICE,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK; JOHN DOE and DOES 1-10, inclusive<br><br>Defendants. | Case No. 2:16-CV-01597-R-RAO<br><br>Hon. Manuel L. Real<br>Courtroom 8<br><br>**JUDGMENT GRANTING DEFENDANT JPMORGAN CHASE BANK N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed: December 15, 2015<br>MSJ Granted: November 8, 2016 |

1

JUDGMENT

Having fully considered Defendant JPMorgan Chase Bank, N.A.'s ("Chase") Motion for Summary Judgment, Plaintiffs Andrew J. Perez, Irene E. Perez and Quality Sweeping Services, Inc.'s (collectively "Plaintiffs") response thereto, Chase's reply, the declarations, exhibits, and memoranda submitted therewith, and the relevant authorities cited,

IT IS HEREBY ORDERED, JUDGED AND DECREED:

1. Chase has demonstrated there is no genuine issue of material fact pertaining to the running of the applicable statutes of limitation. For their part, Plaintiffs have not sustained their burden of producing competent evidence to establish a genuine dispute as to any material fact and cannot rely on mere allegations or denials in the pleadings.

2. Chase is entitled to summary judgment as a matter of law.

3. Chase's Motion for Summary Judgment is granted.

4. For each cause of action alleged in Plaintiffs' Complaint, judgment is entered against Plaintiffs and in favor of Chase, and Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

5. Chase is entitled to recover its costs as against Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 28, 2016

_____
Hon. Manuel L. Real
United States District Judge

Respectfully submitted,

BARTON, KLUGMAN & OETTING LLP

By: _____/s/_____     Dated: November 15, 2016
    Terry L. Higham, APLC
    Attorneys for Defendant
    JPMORGAN CHASE BANK, N.A.
    A National Banking Association